Elizabeth A. Falcone, CA Bar No. 219084
(admitted Pro Hac Vice)
Elizabeth.falcone@ogletreedeakins.com
Christopher F. McCracken OSB No. 894002
(admitted Pro Hac Vice)
christopher.mccracken@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503-552-2140
Facsimile: 503-224-4518

Adam Pankratz, WSBA #50951
adam.pankratz@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 3rd Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-693-7059
Facsimile: 206-693-7058

The Honorable Rebecca L. Pennell

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

## AT YAKIMA

| | |
|---|---|
| PATTY FALING-DAVIS, individually and for others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLPATH LLC,<br><br>Defendant. | Case No. 1:23-cv-3017-RLP<br><br>**STIPULATED DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in light of the discharge in bankruptcy and injunction on further proceedings entered by the United States Bankruptcy Court for the Southern District of Texas in *In re: Wellpath Holdings, Inc.*, Case No. 24-90533, Plaintiff Patty Faling-Davis ("Plaintiff") and

---

STIPULATED DISMISSAL - 1
(No. 1:23-cv-3017-RLP)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

Defendant Wellpath LLC ("Defendant"), by and through their respective attorneys, hereby stipulate that this case is dismissed with prejudice and without costs or fees to any party.

IT IS SO STIPULATED

Dated: November 14, 2025.

For Defendant:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Christopher F. McCracken
Adam Pankratz, WSBA #50951
adam.pankratz@ogletree.com
1201 3rd Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-693-7059

Elizabeth A. Falcone
elizabeth.falcone@ogletreedeakins.com
CA Bar No. 219084, *admitted Pro Hac Vice*
Christopher F. McCracken
christopher.mccracken@ogletreedeakins.com
OSB No. 894002, *admitted Pro Hac Vice*
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Phone: 503-552-2140
Attorneys for Defendant Wellpath LLC

Dated: November 14, 2025.

For the Plaintiff:

JOSEPHSON DUNLAP

By: /s/ Rick Schreiber, with email auth
Andrew W. Dunlap,
*Admitted Pro Hac Vice*
adunlap@mybackwages.com
Michael A. Josephson,
*Admitted Pro Hac Vice*
mjosephson@mybackwages.com
Richard M. Schreiber.
*Admitted Pro Hac Vice*
RSchreiber@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, TX 77048
Telephone: 713-352-1100
PISKEL YAHNE KOVARIK PLLC

Nicholas D. Kovarik
nick@pyklawyers.com
Troy D. Sims
tsims@pyklawyers.com
612 West Main Avenue, Suite 207
Spokane, WA 99201
Telephone: 509-321-5930

STIPULATED DISMISSAL 2
(No. 1:23-cv-3017-RLP)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

Dated this 14th day of November, 2025.

By: /s/ *Jacqueline Ihander*
Jacqueline Ihander, Practice Assistant

STIPULATED DISMISSAL - 3
(No. 1:23-cv-3017-RLP)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518
93807428.v1-OGLETREE